DANIEL BEARSE v. HENRY J. ALDRICH AND THE JUDGE OF THE CIRCUIT COURT FOR KENT COUNTY.

*Forcible entry and detainer—Appeals—Comp. L., § 6718.*

Appeals from proceedings under the Forcible Entry and Detainer act (Comp. L., ch. 211) are allowable in the same manner as from judgments of justices of the peace.

The circuit court has jurisdiction to extend the time for appeals from proceedings under the Forcible Entry and Detainer act, on good cause shown; such as being prevented by severe sickness from taking the appeal.

Discretion to allow appeals of forcible entry and detainer proceedings, if jurisdictional, is not reviewable.

MOTION for a writ of prohibition to prevent the circuit court from acting on an appeal allowed after five days from rendition of judgment under the Forcible Entry and Detainer act. Submitted and denied April 9.

*E. A. Maher* for the writ.

PER CURIAM. Appeals from these proceedings are allowable in the same manner as on judgments rendered by justices of the peace. Comp. L., § 6718.

The circuit court has power to hear applications to extend time for appeal, when the judge is satisfied that the party has been deprived of his appeal by causes beyond his control. In this case the party was prevented by severe sickness, which would be sufficient cause to confer jurisdiction upon the judge to exercise its power. The allowance of the appeal being discretionary, when jurisdiction exists at all, it must stand, inasmuch as such discretion is not open to review.

Motion denied.